UNITED STATES OF AMERICA

IN THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                                              CASE NO. 25-mj-30119-DUTY

VERONICA RAMIREZ-VERDUZCO,

    Defendant.

_____/

**<u>APPEARANCE OF COUNSEL</u>**

    PLEASE TAKE NOTICE that the undersigned has been court-appointed to represent Mr. Wiley and respectfully requests that all notices or court orders and correspondence be sent to the address, email address, or phone number as indicated.

                                          Respectfully submitted,

                                          /s/ Lisa Dwyer\
                                          LISA DWYER\
                                          ATTORNEY FOR DEFENDANT\
                                          32121 Woodward Ave., PH\
                                          Royal Oak, MI 48073\
                                          313-510-2793\
                                          [DwyerL247@aol.com](mailto:DwyerL247@aol.com)

Dated: March 24, 2025